ROBERT A. WIECKOWSKI (SBN 127487)
The Law Offices of Robert A. Wieckowski, APC
39510 Paseo Padre Parkway, Suite 220
Fremont, CA 94538
Telephone: (510) 790-2732
Facsimile: (510) 790-2101
Email: boblaw1@sbcglobal.net

Attorney for Debtor

The following constitutes
the order of the court. Signed December 9, 2014

_____
Roger L. Efremsky
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re:<br>**TOM MARKOU**<br>               Debtor | Chapter 13 Bankruptcy<br>Case No. 10-44354 RLE-13<br>**ORDER SUSTAINING OBJECTION TO CLAIM 10**<br>Date:<br>Time: No Hearing Required<br>Place |

    Upon consideration of the Debtor's *Objection to Claim 10* filed with the Court on November 11, 2014, and twenty-one (21) days' notice to Georgia Markou to object to the requested relief being provided and no such request being made and good cause appearing therefore;

    IT IS ORDERED that the *Objection to Claim 10* filed on November 11, 2014, is sustained, and the secured claim for $125,000, is allowed in the amount of $18,718.00, which represents the secured portion of the claim. Creditor retains her rights under state law.

**END OF ORDER**

**COURT SERVICE LIST**

No Service Required