Martha G. Bronitsky
Chapter 13 Standing Trustee
Po Box 5004
Hayward, CA 94540

Trustee for Debtor(s)

The following constitutes
the order of the court. Signed September 9, 2015

Roger L. Efremsky
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

In re

Tom Markou

debtor(s)

Chapter 13 Case No. 10-44354-RLE13

**ORDER DECLARING THAT TRUSTEE HAS NO FURTHER OBLIGATIONS WITH RESPECT TO CLAIM #2**

GOOD CAUSE APPEARING,

IT IS HEREBY ORDERED that Trustee's Request for Order Declaring that the Trustee has No Further Obligations with Respect to Claim #2 filed by JPMorgan Chase Bank, N.A. (doc. #73) is granted.

END OF ORDER

COURT SERVICE LIST

Case: 10-44354    Doc# 82    Filed: 09/09/15    Entered: 09/10/15 11:27:07    Page 2 of 2