UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

In re:  
    TOM MARKOU

Debtor(s)

Case No. 10-44354-RLE13

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Martha G. Bronitsky, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 04/16/2010.

2) The plan was confirmed on 08/25/2010.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 01/07/2015.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 12/13/2013.

5) The case was completed on 04/13/2015.

6) Number of months from filing to last payment: 60.

7) Number of months case was pending: 65.

8) Total value of assets abandoned by court order: NA .

9) Total value of assets exempted: $33,839.90.

10) Amount of unsecured claims discharged without payment: $253,496.54.

11) All checks distributed by the trustee relating to this case have cleared the bank.

## Receipts:

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $107,700.00 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:**     **$107,700.00**

## Expenses of Administration:

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $5,000.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $5,416.71 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:**     **$10,416.71**

Attorney fees paid and disclosed by debtor:     $1,000.00

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| AMERICAN EXPRESS | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| BLEIER & COX | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE BANK C/O AMERICAN | Unsecured | 5,722.00 | 5,906.05 | 5,906.05 | 411.42 | 0.00 |
| CHASE BANK | Unsecured | 22,922.00 | NA | NA | 0.00 | 0.00 |
| CHASE BANK | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| DMV | Unsecured | 1,200.00 | NA | NA | 0.00 | 0.00 |
| EAST BAY FUNDING C/O RESURGEN | Unsecured | 5,395.50 | 5,513.71 | 5,513.71 | 384.09 | 0.00 |
| FIA CARD SERVICES | Unsecured | 31,705.12 | NA | NA | 0.00 | 0.00 |
| FIA CARD SRV/BK OF AMER/MBNA | Unsecured | 31,705.00 | 31,705.12 | 31,705.12 | 2,208.58 | 0.00 |
| FRANCHISE TAX BOARD | Priority | 0.00 | NA | NA | 0.00 | 0.00 |
| GEORGIA MARKOU | Priority | 0.00 | NA | NA | 0.00 | 0.00 |
| GEORGIA MARKOU | Secured | 125,000.00 | 125,000.00 | 18,718.00 | 18,718.00 | 1,021.89 |
| GEORGIA MARKOU | Unsecured | NA | 106,282.00 | 106,282.00 | 7,402.90 | 0.00 |
| GREEN TREE SERVICING LLC | Secured | 26,373.83 | 25,810.43 | 25,810.43 | 25,810.43 | 0.00 |
| Home Depot/Citibank | Unsecured | 4,276.06 | NA | NA | 0.00 | 0.00 |
| JPMORGAN CHASE BANK | Secured | 9,140.77 | 8,756.83 | 8,756.83 | 8,756.83 | 0.00 |
| PRA RECEIVABLES MANAGEMENT | Unsecured | 177.00 | 190.19 | 190.19 | 13.25 | 0.00 |
| STANFORD FEDERAL CREDIT UNION | Secured | 33,343.00 | 28,900.00 | 25,375.00 | 25,375.00 | 3,261.78 |
| STANFORD FEDERAL CREDIT UNION | Unsecured | NA | 2,690.55 | 6,215.55 | 432.98 | 0.00 |
| THE MURCO COMPANIES | Unsecured | 1,875.00 | NA | NA | 0.00 | 0.00 |
| UNITED STATES TREASURY | Priority | 0.00 | NA | NA | 0.00 | 0.00 |
| US BANK | Unsecured | 300.00 | 316.38 | 316.38 | 22.04 | 0.00 |
| US BANK | Unsecured | 49,182.00 | 49,728.72 | 49,728.72 | 3,464.10 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

| Summary of Disbursements to Creditors: | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $34,567.26 | $34,567.26 | $0.00 |
| Debt Secured by Vehicle | $25,375.00 | $25,375.00 | $3,261.78 |
| All Other Secured | $18,718.00 | $18,718.00 | $1,021.89 |
| **TOTAL SECURED:** | **$78,660.26** | **$78,660.26** | **$4,283.67** |
| **Priority Unsecured Payments**: | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY**: | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS**: | **$205,857.72** | **$14,339.36** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $10,416.71 |
| Disbursements to Creditors | $97,283.29 |
| **TOTAL DISBURSEMENTS** : | **$107,700.00** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 09/21/2015      By: /s/ Martha G. Bronitsky
                              Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT was served on the parties listed below by ordinary U.S. Mail or served electronically through the Court's ECF System at the e-mail address registered with the Court on this 21st day of September, 2015.


TOM MARKOU  
40765 VACA DRIVE  
FREMONT, CA  94539-3657

ROBERT A WIECKOWSKI ATTY  
39510 PASEO PADRE PKY #220  
FREMONT, CA  94538-4719

ELECTRONIC SERVICE - United States Trustee


Date:  September 21, 2015

/s/ Trustee Martha G. Bronitsky  
Trustee Martha G. Bronitsky  
Chapter 13 Trustee  
PO Box 5004  
Hayward, CA  94540