1 | Martha G. Bronitsky
Chapter 13 Standing Trustee
2 | Po Box 5004
Hayward,CA 94540

3

The following constitutes
the order of the court. Signed September 23, 2015

4 | Trustee for Debtor(s)

5

6

Roger L. Efremsky
U.S. Bankruptcy Judge

7

8

9

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

10

In Re | Chapter 13 Case Number:
11 | Tom Markou | 10-44354-RLE13

12 | | In Proceedings Under
Debtor(s) | Chapter 13 of the
13 | | Bankruptcy Code

14 | **ORDER DISCHARGING CHAPTER 13 TRUSTEE
AND FINAL DECREE**

15 | The Chapter 13 Plan of the debtor(s) having been fully performed, and the estate of the

16 | above-named debtor(s) having been fully administered,

17 | IT IS ORDERED AS FOLLOWS:

18 | The Final Account of Martha G. Bronitsky, Chapter 13 Standing Trustee is approved,

19 | she is discharged as Trustee after having fully performed her duties, and her bond is

20 | cancelled.

21 | END OF ORDER

22

23

24

25

COURT SERVICE LIST

Tom Markou                          Robert A Wieckowski Atty
40765 Vaca Drive                    39510 Paseo Padre Pky #220
Fremont,CA 94539-3657               Fremont,CA 94538-4719

(Debtor(s))                         (Counsel for Debtor)